UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    CRIMINAL NO. 06-578(DRD)

       v.                          :

JHON MELGAREJO               :    UNSEALING ORDER

Upon application of the United States Attorney, Paul J. Fishman (Assistant U.S. Attorney Eric Moran, appearing) for an order unsealing the Indictment and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 22nd day of February 2011,

ORDERED that the Sealing Order previously entered, is no longer in effect; and it is further

ORDERED that the Indictment and all related papers in the above-captioned matter be UNSEALED.

_____
HON. DICKINSON R. DEBEVOISE
UNITED STATES DISTRICT JUDGE