UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Criminal No. 06-578(DRD) |
| JHON MELGAREJO | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Paul J. Fishman, United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 06-578, against defendant Jhon Melgarejo, charging the defendant with a violation of Title 21, United States Code, Sections 963 and 846, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

This dismissal is without prejudice.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*William R. Debevoise*
HON. DICKINSON R. DEBEVOISE
United States District Judge

DATE: February 22, 2011